IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LEON LAMAR TROTTER**                                                      **PETITIONER**

v.                                         No. 4:23-cv-00002-DMB-JMV

**CHAD LODEN, et al**                                        **RESPONDENT(S)**

**ORDER DIRECTING STATE TO RESPOND**

Leon Lamar Trotter has filed a petition for relief under 28 U.S.C. § 2254.

It is **ORDERED:**

1. That no later than April 04, 2023, Respondent, through Lynn Fitch, Attorney General of the State of Mississippi must file an answer, motion, or other response to this action. **In the event of filing an answer, Respondent must also file full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charge of deliberate-design murder in the Circuit Court of Humphreys County, Mississippi (to the extent such are relevant to the State's response).**

2. That within 14 days of service upon him of a copy of Respondent's answer, motion, or other response, Petitioner may file his reply to the allegations contained in such pleading

3. Tat the clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The Respondent must electronically file the completed acknowledgment of service of process form upon receipt.

That Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 19th day of January, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGITRATE JUDGE**